UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Hasiam Elsharkawi, | Case No. 8:18-cv-01971-JLS (DFMX) |
| Plaintiff, | ORDER |
| v. | |
| United States of America, et al., | |
| Defendants. | |

# JUDGMENT ON OFFER OF JUDGMENT

On August 23, 2019, Defendant United States of America served on Plaintiff Haisam Elsharkawi an Offer of Judgment in the amount of $20,001 pursuant to Federal Rule of Civil Procedure 68. On September 3, 2019, Plaintiff Haisam Elsharkawi served Defendant notice accepting the Offer of Judgment.

It is therefore

> ORDERED that judgment in favor of Plaintiff, Haisam Elsharkawi, in the amount of $20,001 is entered against Defendant United States of America, on his tort claims in this action filed pursuant to the Federal Tort Claims Act.

Dated: December 06, 2019

_____
Hon. Josephine L. Staton
United States District Judge

1