UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAISAM ELSHARKAWI, | No. 8:18-cv-1971-JLS-DFMx |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

In accordance with the Court's order approving the Parties' stipulation of partial dismissal (Doc. 77) and the Court's order granting Defendants' motion to dismiss without leave to amend (Doc. 85), judgment is entered dismissing the first amended complaint (Doc. 73) for lack of jurisdiction without leave to amend.

**IT IS SO ORDERED.**

Date: September 13, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE